Argued and submitted February 28, affirmed March 25, 1992

STATE OF OREGON,
*Respondent,*

*v.*

KETRICK DEVON PENDERGRASS,
*Appellant.*

(10-90-01943; CA A67463)

827 P2d 206

Peter Gartlan, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender, Salem.

Janet A. Klapstein, Assistant Attorney General, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Buttler, Presiding Judge, and Rossman and De Muniz, Judges.

PER CURIAM

Affirmed. *State v. Spinney,* 109 Or App 573, 820 P2d 854 (1991), *rev allowed* 312 Or 588 (1992).